UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KATHRYN SIMPSON,                )
                                )
            Plaintiff,           )
                                )
    v.                           )   No. CV-09-5035-LRS
                                )
LIFE INSURANCE COMPANY OF       )   ORDER OF DISMISSAL WITH
NORTH AMERICA AND KADLEC        )   PREJUDICE
MEDICAL CENTER,                 )
                                )
            Defendants.          )
_____)

    The parties having stipulated for dismissal of any and all claims or causes of action asserted herein with prejudice and without costs or fees (Ct. Rec. 15), and the Court being fully advised in the premises; NOW THEREFORE,

    IT IS ORDERED that any and all claims or causes of action asserted herein are hereby dismissed with prejudice and without costs or fees.

///
///
///
///

ORDER OF DISMISSAL - 1

1  Dated this 2nd day of February, 2010.

2

3                                              *s/Lonny R. Suko*

4                                              _____
                                               Honorable Lonny R. Suko
5                                              Chief U. S. District Court Judge

ORDER OF DISMISSAL - 2